IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>MARTIN GARCIA,<br><br>              Defendant. | CASE NO.  1:05-CR-00112-DAD-4<br><br>**ORDER DISMISSING DEFENDANT FROM INDICTMENT (FED.R.CRIM.P 48(A))** |

The United States of America, having moved this Court to dismiss the indictment as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the indictment as to the above named defendant only shall be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the Clerk of the Court close this case and recall the warrant previously issued for the above named defendant.

IT IS SO ORDERED.

Dated:   **June 21, 2016**                                  _/s/ Dale A. Drozd_
                                                                       UNITED STATES DISTRICT JUDGE